Nancy M. Battel, CSBN 126548
Anthony M. Wise, CSBN 251864
**COUNSELOR OF LAW**
1101 Westwood Drive, Suite B
San Jose, CA 95125
Phone: 408.723.2946
Fax: 408.723.4856

Attorneys for Plaintiffs and Creditors,
JACK SPINLER, THERESA SPINLER, and KAREN WILLIAMS

Carl Durham, CSBN 171706
**WiseMen Legal PC**
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 90465
Phone: 650.249.6733
Fax: 650.587.9020

Attorney for Defendant and Debtor,
STEVEN MCVAY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re STEVEN MCVAY,<br><br>        Debtor.<br>_____<br>JACK SPINLER; THERESA SPINLER; and KAREN WILLIAMS;<br><br>        Plaintiffs,<br><br>vs.<br><br>STEVEN MCVAY; and DOES 1 through 20;<br><br>        Defendants. | Case No. 10-51273 ASW<br><br>Adversary Proceeding No. 10-05156 ASW<br><br>Chapter 7 (converted from Chapter 11)<br><br>**STIPULATION FOR ENTRY OF JUDGMENT** |

WHEREAS Debtor and Defendant STEVEN MCVAY ("Defendant") filed bankruptcy in the Northern District of California Case No. 10-51273-ASW.

WHEREAS Creditors and Plaintiffs JACK SPINLER, THERESA SPINLER, and KAREN

1

WILLIAMS ("Plaintiffs") brought the above-entitled adversary proceeding against Defendant for denial of discharge and determination of dischargeability of various debts.

WHEREAS Defendant and his wife, Nancy McVay, are also named as defendants in several other actions (collectively, the "Actions")

WHEREAS the parties attended a Bankruptcy Dispute Resolution Mediation session with Resolution Advocate Wendy Smith on February 2, 2012, and reached a confidential settlement agreement ("Settlement Agreement").

WHEREAS, in furtherance of the Settlement Agreement, the parties now execute this Stipulation for Entry of Judgment (herein "Stipulation") and Stipulated Judgment.

IT IS HEREBY STIPULATED by and between the Parties to enter into this Stipulation on the following terms and conditions:

1. This Stipulation shall be filed with the Court; however, a Stipulated Judgment shall not be entered as long as Defendant satisfies the terms and conditions of the Settlement Agreement.

2. Defendant shall execute the Stipulated Judgment against him for $77,000.00 and the Stipulated Judgment shall indicate a determination that the Judgment is not discharged.

3. If Defendant fully satisfies the terms and conditions of the Settlement Agreement, Plaintiffs will promptly move to dismiss the Action with prejudice.

4. If Defendant fails to satisfy the terms and conditions of the Settlement Agreement, Plaintiffs may enter the Judgment pursuant to the terms and conditions of the Settlement Agreement.

5. This Stipulation may be executed in any number of counterparts, which together shall constitute one and the same agreement. Facsimile signatures shall be effective as if they were original signatures.

| | |
|---|---|
| Dated: May 15, 2012 | LAW OFFICES OF NANCY M. BATTEL, JD MBA |
| | */s/ Anthony Wise* |
| | Anthony M. Wise, Attorney for Plaintiffs |
| Dated: May 15, 2012 | |
| | */s/ Jack Spinler* |
| | Jack Spinler, Plaintiff |
| Dated: May 15, 2012 | |
| | */s/ Theresa Spinler* |
| | Theresa Spinler, Plaintiff |
| Dated: May 15, 2012 | |
| | */s/ Karen Williams* |
| | Karen Williams, Plaintiff |
| Dated: May __, 2012 | WISEMEN LEGAL PC |
| | _____ |
| | Carl M. Durham, Jr., Attorney for Defendant |
| Dated: May __, 2012 | |
| | _____ |
| | Steven McVay, Defendant |

COUNSELOR OF LAW
1101 Westwood Drive • Suite B • San Jose, CA 95125
Phone: 408.723.2946 • Fax: 408.723.4856

3
Stipulation for Entry of Judgment

| | |
|---|---|
| Dated: May ___, 2012 | LAW OFFICES OF NANCY M. BATTEL, JD MBA |
| | _____ |
| | Anthony M. Wise, Attorney for Plaintiffs |
| Dated: May ___, 2012 | |
| | _____ |
| | Jack Spinler, Plaintiff |
| Dated: May ___, 2012 | |
| | _____ |
| | Theresa Spinler, Plaintiff |
| Dated: May ___, 2012 | |
| | _____ |
| | Karen Williams, Plaintiff |
| Dated: May 15, 2012 | WISEMEN LEGAL PC |
| | /s/ _____ |
| | Carl M. Durham, Jr., Attorney for Defendant |
| Dated: May 2, 2012 | |
| | /s/ _____ |
| | Steven McVay, Defendant |

COUNSELOR OF LAW
1101 Westwood Drive • Suite B • San Jose, CA 95125
Phone: 408.723.2946 • Fax: 408.723.4856

Stipulation for Entry of Judgment

3

| | |
|---|---|
| 1 | **Nancy M. Battel, CSBN 126548**<br>**Anthony M. Wise, CSBN 251864** |
| 2 | **COUNSELOR OF LAW**<br>1101 Westwood Drive, Suite B |
| 3 | San Jose, CA 95125<br>Phone: (408) 723-2946 |
| 4 | Fax: (408) 723-4856 |
| 5 | Attorneys for Plaintiffs |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>STEVEN McVAY,<br><br>Debtor.<br>_____<br><br>JACK SPINLER; THERESA SPINLER; and KAREN WILLIAMS;<br><br>Plaintiffs,<br>vs.<br><br>STEVEN McVAY; and DOES 1 through 20;<br><br>Defendants. | Case No. 10-51273 ASW<br>CHAPTER 7 converted<br><br>Adversary Proceeding No. 10-05156 ASW<br><br>**CERTIFICATE OF SERVICE OF STIPULATION FOR ENTRY OF JUDGMENT** |

I declare that: I am employed by Nancy M. Battel in the City of San Jose, County of Santa Clara, State of California.

I am over the age of 18 years and not a party to the within action; my business address is 1101 Westwood Drive, Suite B, San Jose, CA 95125.

On May 18, 2012, I caused the attached documents described as:

CERTIFICATE OF SERVICE

1

1. **STIPULATION FOR ENTRY OF JUDGMENT;**

to be served on the following said cause, by placing a true copy thereof, enclosed in a sealed envelope with first class postage thereon fully prepaid, in the United States mail at San Jose, California addressed as follows:

<u>Debtor and Defendant</u>
Steven McVay
960 Stonehurst Way
Campbell, CA 95008

<u>Debtor's Counsel</u>
Carl M. Durham, Jr.
Wisemen Legal PC
303 Twin Dolphin Drive, #600
Redwood City, CA 94065

Executed on May 18, 2012, at San Jose, California.

[ X ]   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ Melanie Abea
Melanie Abea