

| | |
|---|---|
| 1 | **Nancy M. Battel, CSBN 126548** |
| | **Anthony M. Wise, CSBN 251864** |
| 2 | **COUNSELOR OF LAW** |
| | 1101 Westwood Drive, Suite B     IT IS SO ORDERED. |
| 3 | San Jose, CA 95125     Signed July 31, 2012 |
| | Phone: (408) 723-2946 |
| 4 | Fax: (408) 723-4856 |

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

Attorneys for Plaintiffs and Creditors
JACK SPINLER, THERESA SPINLER and KAREN WILLIAMS

**Carl M. Durham, CSBN 171706**
**WiseMen Legal PC**
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 90465
Phone: 650.249.6733
Fax: 650.587.9020

Attorney for Defendant and Debtor
STEVEN MCVAY

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In Re: | Case No. 10-51273-ASW |
| STEVEN MCVAY, | Adversary Proceeding No. 10-05156-ASW |
| Debtor. | CHAPTER 7 (Converted from Chapter 11) |
| JACK SPINLER; THERESA SPINLER; and KAREN WILLIAMS; | **ORDER DISMISSING ADVERSARY PROCEEDING PURSUANT TO STIPULATION** |
| Plaintiffs, | |
| vs. | |
| STEVEN MCVAY; and DOES 1 through 20; | |
| Defendants. | |

Pursuant to the Stipulation for Entry of Judgment between the parties filed on May 18, 2012, Defendant and Debtor Steven McVay has fully satisfied the terms and conditions of the Settlement Agreement reached between the parties on February 2, 2012 at Bankruptcy Dispute Resolution Mediation, therefore;

IT IS HEREBY ORDERED that the above-entitled adversary proceeding is dismissed with prejudice.

**\*\* END OF ORDER \*\***

# COURT SERVICE LIST

Office of the United States Trustee
280 South First Street, Rm. 268
San Jose, CA 95113

Charles P. Maher
McKenna Long and Aldridge LLP
121 Spear St., #200
San Francisco, CA 94105

Nancy M. Battel, Esq.
Law Offices of Nancy M. Battel
1101 Westwood Drive, Suite B
San Jose, CA 95125

Steven McVay
960 Stonehurst Way
Campbell, CA 95008

Carl M. Durham, Esq.
WiseMen Legal PC
303 Twin Dolphin Dr. #600
Redwood City, CA 94065